**CENTRAL MUTUAL INSURANCE COMPANY OF CHICAGO, Appellant, v. Naomi DEZERN, by Her Mother and Next Friend, Attie Dezern, Appellee.**

**No. 7265.**

Circuit Court of Appeals, Sixth Circuit.

May 13, 1936.

Stanley B. Mayer and Frank A. Ropke, both of Louisville, Ky., for appellant.

994

W. S. Heidenberg, Steinfeld & Steinfeld, and David O'Koon, all of Louisville, Ky., for appellee.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The appellee having filed a remittitur remitting the interest on the judgment below together with the judgment of $80.90 with interest, it is ordered that so much of the judgment as awards appellee the sum of $5,000 be affirmed.